James Marion SIMS, Plaintiff-
Appellant,

v.

B. HENDRICK; et al., Defendants-
Appellees.

No. 16-15620

United States Court of Appeals,.
Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

James Marion Sims, Pro Se

Sara D. Van Loh, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants-Appellees

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Sims's request for oral argument, set forth in his opening brief, is denied.

MEMORANDUM \*\*\*

James Marion Sims, a California state prisoner, appeals pro se from the district court's summary judgment for failure to exhaust administrative remedies his 42 U.S.C. § 1983 action alleging First Amendment retaliation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Williams v. Paramo*, 775 F.3d 1182, 1191 (9th Cir. 2015), and we affirm.

The district court properly granted summary judgment because Sims did not properly exhaust prison grievance procedures concerning his claim or show that exhaustion was effectively unavailable. *See Griffin v. Arpaio*, 557 F.3d 1117, 1120 (9th Cir. 2009) ("[A] grievance [only] suffices if it alerts the prison to the nature of the wrong for which redress is sought."); *Sapp v. Kimbrell*, 623 F.3d 813, 822 (9th Cir. 2010) (exhaustion is not required where administrative remedies are rendered "effectively unavailable").

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.